# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL HILT, | ) No. CV 07-07102-RGK (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JOHN MARSHALL, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed as Moot.

DATED: APR 10 2009

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE